UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr329-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| DANIEL HAROLD WILLIFORD ) | |

NOW COMES the undersigned attorney for the United States, admitted to practice in this Court, and acting by and through Anne M. Tompkins, United States Attorney, and hereby enters an appearance in this case.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

**s/ Benjamin Bain-Creed**
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov

1

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr323-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| DANIEL HAROLD WILLIFORD ) | |

    I hereby certify that the foregoing document was served on the parties and counsel of record by submitting it to the Court for electronic notice.

                                     s/ Benjamin Bain-Creed
                                     Assistant United States Attorney

2

Case 3:13-cr-00329-MOC-DCK   Document 3   Filed 12/20/13   Page 2 of 2